UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jessica Ehlers,

Plaintiff,

-vs-                                                                18-cv-2794 PJS/TNL

University of Minnesota,

Defendant.

## COST JUDGMENT

The costs of the Defendant, University of Minnesota, have been taxed and allowed by the Clerk of this Court against the Plaintiff, Jessica Ehlers, as follows:

|                      | Claimed    | Allowed    |
|----------------------|------------|------------|
| Fees for Transcripts | $3,926.75  | $3,675.00  |
| Fees for Copies      | $350.07    | $350.07    |
| Docket Fees          | $20.00     | $20.00     |
| Total                | $4,296.82  | $4,045.07  |

Costs, therefore, are taxed against the Plaintiff, Jessica Ehlers, in the amount of $4,045.07 and judgment is entered accordingly. Motion for review of the Clerk's decision may be made within 7 days hereafter in accordance with Local Rule 54.3(c).

Dated at St. Paul, Minnesota, on April 7, 2021.

KATE M. FOGARTY, CLERK

By: s/ M. Vicklund

M. Vicklund
Deputy Clerk